People v Alexander
2026 NY Slip Op 03972
June 24, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Nkosi Alexander, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 24, 2026
2023-00203, (Ind. No. 70083/22)
Francesca E. Connolly, J.P.
Paul Wooten
Lourdes M. Ventura
Lisa S. Ottley, JJ.

Patricia Pazner, New York, NY (Mark W. Vorkink of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jean M. Joyce, and Ann Bordley of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heidi C. Cesare, J.), rendered January 3, 2023, convicting him of criminal possession of a firearm, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant contends that Penal Law §§ 265.03(3) and 265.01-b(1) and Administrative Code of the City of New York § 10-131(i)(3) are unconstitutional in light of the decision of the United States Supreme Court in New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1), and that the indictment was, therefore, defective. Contrary to the People's contention, the defendant's waiver of his right to appeal does not preclude appellate review of this contention, and the defendant does not lack standing to advance this contention (see People v Johnson, ___ NY3d ___, 2025 NY Slip Op 06528). However, the defendant's contention is unpreserved for appellate review (see People v Cabrera, 41 NY3d 35, 42; People v Davidson, 98 NY2d 738, 739) and, in any event, without merit. Contrary to the defendant's contention, the Bruen decision had no impact on the constitutionality of New York State's criminal possession of a weapon statutes (see People v Johnson, ___ NY3d ___, 2025 NY Slip Op 06528; People v Manners, 217 AD3d 683, 686).
CONNOLLY, J.P., WOOTEN, VENTURA and OTTLEY, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court